**No. 09-9130. Adam J. Torres-Ojeda, Petitioner v. United States.**

559 U.S. 1022, 130 S. Ct. 1925, 176 L. Ed. 2d 393, 2010 U.S. LEXIS 2493.

March 22, 2010. Petition for writ of cer-

tiorari to the United States Court of Appeals for the Third Circuit denied.